U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

THE DATE OF ENTRY IS
ON THE COURT'S DOCKET
TAWANA C. MARSHALL, CLERK

_____
D. Michael Lynn
U.S. Bankruptcy Judge

MAR 1 0 2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAWNSHOP MANAGEMENT | § | Case No. 11-41326-DML-11 |
| COMPANY, LLC | § | |
| | § | In Proceedings Under Chapter 11 |
| Debtor. | § | |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAWNSHOP OPERATING | § | Case No. 11-41327-RFN-11 |
| COMPANY, LLC | § | |
| | § | In Proceedings Under Chapter 11 |
| Debtor. | § | Hearing Held: March 8, 2011 |

**AMENDED ORDER GRANTING MOTION FOR JOINT ADMINISTRATION**

On March 8, 2011, came on for consideration the Motion for Joint Administration (the

"Motion") filed by Pawnshop Management Company, LLC and Pawnshop Operating Company,

LLC, the Debtors in Possession in the referenced Chapter 11 bankruptcy proceeding (collectively

the "Debtors"). After consideration of the pleadings on file, evidence and arguments of counsel, the Court finds that the relief requested in the Motion should be granted. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Motion be and the same is hereby granted as set forth herein:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The bankruptcy cases of Pawnshop Management Company, LLC and Pawnshop Operating Company, LLC be and the same are hereby administratively consolidated, but not substantively consolidated, under the case and number of Pawnshop Management Company, LLC (the "Lead Case").

2.      The caption of the jointly administered cases shall read as follows:

| IN RE: | § | |
|---|---|---|
| | § | |
| PAWNSHOP MANAGEMENT | § | Case No. 11-41326-DML-11 |
| COMPANY, LLC, et al., | § | (Jointly Administered) |
| | § | In Proceedings Under Chapter 11 |
| Debtors. | § | (Jointly Administered) |

3.      A docket entry shall be made in the Pawnshop Operating Company, LLC Chapter 11 case, which reads substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of this case with the Chapter 11 case of Pawnshop Management Company, LLC and the docket in Case No. 11-41326-DML-11 should be consulted for all matters affecting this case.

4.      All proofs of claim, schedules and statements shall be filed in the applicable Debtor case.

5.      Except as provided in paragraph 4 of this Order, all pleadings and monthly operating reports for all Debtors shall be filed in the Lead Case.

6.    The Debtors shall, serve a copy of this Order within two business days on (i) the United States Trustee, (ii) creditors who hold the twenty largest unsecured claims in the subject cases, (iii) all parties having filed notice of appearance and request for service of papers, and (iv) on any party the Court so directs.

7.    Unless an objection to this Order is filed within twenty (20) days after entry of this Order, this Order shall become final.

### End of Order ###