B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

In re **Pawnshop Operating Company, LLC**  Case No. **11-41327-RFN-11**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $773,777.82 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $35,949,982.71 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 8 | | $1,279,158.53 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 59 | | $577,995.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 77 | $773,777.82 | $37,807,136.25 | |

B6A (Official Form 6A) (12/07)

In re **Pawnshop Operating Company, LLC**　　　　　　　　Case No. **11-41327-RFN-11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Southern Pawn located at 29661 US Highway 19 North Clearwater, Florida 33761 | Leasehold | | $0.00 | $0.00 |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Pawnshop Operating Company, LLC**　　　　　　　　　Case No. **11-41327-RFN-11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase<br>Checking Account #1883500280<br><br>Chase<br>Savings Account #000002724332784 | $31,356.40<br><br><br>$8.42 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Total Deposits<br>Detailed description provided on Schedule B-1 | $19,353.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Pawnshop Operating Company, LLC**  Case No. **11-41327-RFN-11**
(if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Loans outstanding | $345,892.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Judgment rendered in Pawnshop Management Company, LLC and Pownshop Operating Company, LLC v. Joe Bob Wilcoxson d/b/a Paul's Pawnshop Cause No. DC-06-11701 | $17,500.00 |

In re **Pawnshop Operating Company, LLC**  Case No. **11-41327-RFN-11**
(if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | One covered trailer, 8ft long, 5ft wide, 5ft high | $800.00 |
| 26. Boats, motors, and accessories. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Pawnshop Operating Company, LLC**     Case No. **11-41327-RFN-11**
                                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Total at Stores 11, 12, 14, 15 and 19 | $38,450.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Total at Stores 11, 12, 14, 15 and 19 | $2,150.00 |
| 30. Inventory. | | Total Inventory for stores 11, 12, 14, 15 and 19 | $318,268.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

                                            **3** continuation sheets attached    **Total >**    **$773,777.82**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

SCHEDULE B-1

| Vendor Name | Store Number | Account Number | Deposit Amount |
|---|---|---|---:|
| City of Pinellas Park | 11 | xxxxxx0900 | $ 180.00 |
| Progress Energy Florida, Inc. | 11 | xxxxx x3416 | $ 2,110.00 |
| Progress Energy Florida, Inc. | 12 | xxxxx x4229 | $ 1,530.00 |
| City of Dunedin, Utility Billing Dept | 14 | xxxxx-x0642 | $ 150.00 |
| City of Dunedin, Utility Billing Dept | 14 | xxxxx-x0640 | $ 150.00 |
| City of Dunedin, Utility Billing Dept | 14 | xxxxx-x0918 | $ 188.00 |
| Progress Energy Florida, Inc. | 14 | xxxxx x2191 | $ 1,250.00 |
| Progress Energy Florida, Inc. | 14 | xxxxx x1106 | $ 300.00 |
| Pinellas County Utilities | 15 | xxxxxxxxx4049 | $ 100.00 |
| Progress Energy Florida, Inc. | 15 | xxxxx x6394 | $ 335.00 |
| Progress Energy Florida, Inc. | 15 | xxxxx x7302 | $ 250.00 |
| Progress Energy Florida, Inc. | 15 | xxxxx x5313 | $ 145.00 |
| Sun Village | 15 | 12300 Seminole Blvd | $ 1,850.00 |
| Harris Properties | 19 | | $ 8,175.00 |
| Pinellas County Utilities | 19 | xxxxxxxxx5576 | $ 55.00 |
| Progress Energy Florida, Inc. | 19 | xxxxx x7315 | $ 930.00 |
| Progress Energy Florida, Inc. | 19 | xxxxx x4202 | $ 1,655.00 |

|  |  |
|---:|---:|
| Store 11: | $ 2,290.00 |
| Store 12: | $ 1,530.00 |
| Store 14: | $ 2,038.00 |
| Store 15: | $ 2,680.00 |
| Store 19: | $ 10,815.00 |
| **Total:** | $ 19,353.00 |

In re **Pawnshop Operating Company, LLC**  Case No. **11-41327-RFN-11**
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)
In re **Pawnshop Operating Company, LLC**  Case No. **11-41327-RFN-11**
(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx0373<br><br>Betsy Price Tax Assessor<br>P.O. Box 961018<br>Fort Worth, Texas 76161 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Nonresidential Real Property**<br>REMARKS:<br>**Store 17**<br><br>VALUE: $800,000.00 | | | | $2,194.66 | |
| ACCT #: xxxxxxx0365<br><br>Betsy Price Tax Assessor<br>P.O. Box 961018<br>Fort Worth, Texas 76161 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Nonresidential Real Property**<br>REMARKS:<br>**Store 16**<br><br>VALUE: $800,000.00 | | | | $6,263.58 | |
| ACCT #:<br><br>Jemet Holdings, LLC<br>535 Broadhollow Road<br>Suite A1A<br>Melville, New York 11747 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Bond Issuance**<br>COLLATERAL:<br>**FF&E, Accounts, Inventory, Leasehold Improveme**<br>REMARKS:<br>**As Agent for Bondholders of PMC Income Fund Series C-H**<br><br>VALUE: $800,000.00 | | | | $0.00 | |
| ACCT #:<br><br>Legacy Equity Fund, Inc.<br>6209 Kenwick Avenue<br>Fort Worth, Texas 76116 | | DATE INCURRED: 2007-2009<br>NATURE OF LIEN:<br>**Note and Security Agreement**<br>COLLATERAL:<br>**FF&E, Accounts, Inventory**<br>REMARKS:<br><br>VALUE: $800,000.00 | | | | $1,500,000.00 | $700,000.00 |
| | | Subtotal (Total of this Page) > | | | | $1,508,458.24 | $700,000.00 |
| | | Total (Use only on last page) > | | | | | |

___2___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.
In re **Pawnshop Operating Company, LLC**     Case No. **11-41327-RFN-11**
(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Managed Money, Inc.<br>13455 Noel Road, Suite 1000<br>Dallas, Texas 75240 | X | DATE INCURRED: 9/15/2010<br>NATURE OF LIEN:<br>Debtors Note and Security Agreement<br>COLLATERAL:<br>FF&E, Accounts, Inventory, Intellectual Property<br>REMARKS:<br>Located at 1045 Main Street, Dunedin, Florida 34698<br>VALUE: $800,000.00 | | | | $250,000.00 | |
| ACCT #:<br>PMC Income Fund Series C, LLC<br>c/o Delaware Corporate Services, Inc.<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19899 | | DATE INCURRED:<br>NATURE OF LIEN:<br>Bond Issue<br>COLLATERAL:<br>Bond Issue<br>REMARKS:<br>VALUE: $200,778.83 | X | X | X | $2,509,735.36 | $2,308,956.53 |
| ACCT #:<br>PMC Income Fund Series D, LLC<br>7509 Chapel Avenue<br>Fort Worth, Texas 76116 | | DATE INCURRED:<br>NATURE OF LIEN:<br>Bond Issue<br>COLLATERAL:<br>Bond Issue<br>REMARKS:<br>VALUE: $755,924.08 | X | X | X | $9,449,050.96 | $8,693,126.88 |
| ACCT #:<br>PMC Income Fund Series E, LLC<br>c/o Mitch Musgrove, Registered Agent<br>625 N. Flagler Drive, Suite 509<br>West Palm Beach, Florida 33401 | | DATE INCURRED:<br>NATURE OF LIEN:<br>Bond Issue<br>COLLATERAL:<br>Bond Issue<br>REMARKS:<br>VALUE: $591,651.46 | X | X | X | $7,395,643.31 | $6,803,991.85 |

Sheet no. __1__ of __2__ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    **$19,604,429.63**    **$17,806,075.26**
Total (Use only on last page) >

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>PMC Income Fund Series F, LLC<br>7509 Chapel Avenue<br>Fort Worth, Texas 76116 | | DATE INCURRED:<br>NATURE OF LIEN:<br>Bond Issue<br>COLLATERAL:<br>Bond Issue<br>REMARKS:<br><br>VALUE: $531,926.01 | X | X | X | $6,649,075.09 | $6,117,149.08 |
| ACCT #:<br>PMC Income Fund Series G, LLC<br>c/o Corporate Legal Group, Plc,<br>Registered Agent<br>2161 Palm Beach Lakes Blvd., #215<br>West Palm Beach, Florida 33409 | | DATE INCURRED:<br>NATURE OF LIEN:<br>Bond Issue<br>COLLATERAL:<br>Bond Issue<br>REMARKS:<br><br>VALUE: $600,876.85 | X | X | X | $7,510,960.58 | $6,910,083.73 |
| ACCT #:<br>PMC Income Fund Series H, Inc.<br>c/o Delaware Corporate Services, Inc.<br>1220 N. Market Street, Suite 850<br>Wilmington, Delaware 19801 | | DATE INCURRED:<br>NATURE OF LIEN:<br>Bond Issue<br>COLLATERAL:<br>Bond Issue<br>REMARKS:<br><br>VALUE: $54,164.73 | X | X | X | $677,059.17 | $622,894.44 |

Sheet no. **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$14,837,094.84** **$13,650,127.25**
Total (Use only on last page) > **$35,949,982.71** **$32,156,202.51**

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)