B6E (Official Form 6E) (04/10)

In re **Pawnshop Operating Company, LLC**          Case No. __11-41327-RFN-11__
                                                                                                                       (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____7_____ continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Pawnshop Operating Company, LLC**  Case No. **11-41327-RFN-11**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> Adrian Polk <br> 86 Caldwaell Lane <br> Hoschton, Georgia 30548 | | DATE INCURRED: <br> CONSIDERATION: <br> Employee <br> REMARKS: | | | | $821.66 | $821.66 | $0.00 |
| ACCT #: <br> Alina A. Gil <br> 8473 Portulaca Avenue North <br> Largo, Florida 33777 | | DATE INCURRED: <br> CONSIDERATION: <br> Employee <br> REMARKS: | | | | $469.54 | $469.54 | $0.00 |
| ACCT #: <br> Ann Nicholl Hassett <br> 8473 Portulaca Avenue <br> Seminole, Florida 33777 | | DATE INCURRED: <br> CONSIDERATION: <br> Employee <br> REMARKS: | | | | $384.89 | $384.89 | $0.00 |
| ACCT #: <br> Anthony Mark Cain <br> 11785 8th Lane North, Apt. 6 <br> St. Petersburg, Florida 33716 | | DATE INCURRED: <br> CONSIDERATION: <br> Employee <br> REMARKS: | | | | $290.87 | $290.87 | $0.00 |
| ACCT #: <br> Christopher Richards <br> 936 Georgia Avenue, Unit B <br> Palm Harbor, Florida 34683 | | DATE INCURRED: <br> CONSIDERATION: <br> Employee <br> REMARKS: | | | | $1,718.72 | $1,718.72 | $0.00 |
| ACCT #: <br> Dawn M. Reed <br> 1172 Sunderland Lane <br> Fort Worth, Texas 76134 | | DATE INCURRED: <br> CONSIDERATION: <br> Employee <br> REMARKS: | | | | $540.92 | $540.92 | $0.00 |

Sheet no. __1__ of __7__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >    $4,226.60    $4,226.60    $0.00

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10) - Cont.

In re **Pawnshop Operating Company, LLC**  Case No. **11-41327-RFN-11**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
| --- | --- |

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCT #: Earnest L. Price 5050 74th Street North, Apt. 2 St. Petersburg, Florida 33709 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $230.25 | $230.25 | $0.00 |
| ACCT #: James Lester Piot 5827 Portsmouth Lane Dallas, Texas 75252 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $467.70 | $467.70 | $0.00 |
| ACCT #: Justin A. Dye 4110 30th N St. Petersburg, Florida 33713 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $311.15 | $311.15 | $0.00 |
| ACCT #: Kevin J. Roe 571 Deville Drive E. Largo, Florida 33771 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $943.16 | $943.16 | $0.00 |
| ACCT #: Kimberly Sowden Halpenny 4604 Kenway Court Fort Worth, Texas 76132 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $344.69 | $344.69 | $0.00 |
| ACCT #: Mark Andrew Neyland 4020 Pebblebrook Court Fort Worth, Texas 76109 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $870.60 | $870.60 | $0.00 |

Sheet no. __2__ of __7__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) > $3,167.55 | $3,167.55 | $0.00

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10) - Cont.

In re **Pawnshop Operating Company, LLC**  Case No. **11-41327-RFN-11**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Maureen P. Smith<br>209 Somerset Lane<br>Palm Harbor, Florida 34684 | | DATE INCURRED:<br>CONSIDERATION:<br>Employee<br>REMARKS: | | | | $1,184.43 | $1,184.43 | $0.00 |
| ACCT #:<br>Michael John Hanenberg<br>3210 Lake Pine Way East E-3<br>Tarpon Springs, Florida 34688 | | DATE INCURRED:<br>CONSIDERATION:<br>Employee<br>REMARKS: | | | | $246.62 | $246.62 | $0.00 |
| ACCT #:<br>Michael Scott Milburn<br>4461 45th Avenue North<br>St. Petersburg, Florida 33714 | | DATE INCURRED:<br>CONSIDERATION:<br>Employee<br>REMARKS: | | | | $246.95 | $246.95 | $0.00 |
| ACCT #:<br>Michelle Gillette Mellon<br>4700 Westridge Avenue<br>Fort Worth, Texas 76116 | | DATE INCURRED:<br>CONSIDERATION:<br>Employee<br>REMARKS: | | | | $157.64 | $157.64 | $0.00 |
| ACCT #:<br>Mitchell Eugene Musgrove<br>4700 Westridge Boulevard<br>Fort Worth, Texas 76116 | | DATE INCURRED:<br>CONSIDERATION:<br>Employee<br>REMARKS: | | | | $781.48 | $781.48 | $0.00 |
| ACCT #:<br>Nicholas R. Naylor<br>912 Highland Avenue S<br>Clearwater, Florida 33756 | | DATE INCURRED:<br>CONSIDERATION:<br>Employee<br>REMARKS: | | | | $386.38 | $386.38 | $0.00 |

Sheet no. __3__ of __7__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) > $3,003.50 | $3,003.50 | $0.00

Total >
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10) - Cont.

In re **Pawnshop Operating Company, LLC**  Case No. **11-41327-RFN-11**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: Philip John Iovino 2651 Concorde Court Clearwater, Florida 33761 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $669.03 | $669.03 | $0.00 |
| ACCT #: Richard J. Zorin II 5525 Gulfport Boulevard S. Gulfport, Florida 33707 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $326.10 | $326.10 | $0.00 |
| ACCT #: Ronald D. Keslar 2361 Sumatran Way 73 Clearwater, Florida 33763 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $367.87 | $367.87 | $0.00 |
| ACCT #: Sheridan Alexandra Miles 11785 8th Lane, Apt. 6 Bldg 20 St. Petersburg, Florida 33716 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $195.51 | $195.51 | $0.00 |
| ACCT #: Theresa P. Burton 6633 67th Lane N Pinellas Park, Florida 33781 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $305.27 | $305.27 | $0.00 |
| ACCT #: Tina M. Carter 3735 66 Avenue N., Apt. A Pinellas Park, Florida 33781 | | DATE INCURRED: CONSIDERATION: Employee REMARKS: | | | | $414.60 | $414.60 | $0.00 |

Sheet no. **4** of **7** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) > $2,278.38 | $2,278.38 | $0.00

Total >
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10) - Cont.

In re **Pawnshop Operating Company, LLC**　　　　　　　　　　Case No. **11-41327-RFN-11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Tomas Avis<br>5711 66th Avenue N<br>Pinellas Park, Florida 33781 | | DATE INCURRED:<br>CONSIDERATION:<br>Employee<br>REMARKS: | | | | $139.42 | $0.00 | $139.42 |
| ACCT #:<br>Victor A. Malo<br>879 2nd Avenue NE<br>Largo, Florida 33770 | | DATE INCURRED:<br>CONSIDERATION:<br>Employee<br>REMARKS: | | | | $336.21 | $336.21 | $0.00 |
| ACCT #:<br>Vinh P. Mai<br>5712 25th Avenue South<br>Gulfport, Florida 33707 | | DATE INCURRED:<br>CONSIDERATION:<br>Employee<br>REMARKS: | | | | $587.65 | $587.65 | $0.00 |
| ACCT #:<br>William Scott MacDougall<br>419 1/2 Scotland Street<br>Dunedin, Florida 34698 | | DATE INCURRED:<br>CONSIDERATION:<br>Employee<br>REMARKS: | | | | $227.51 | $227.51 | $0.00 |

Sheet no. __5__ of __7__ continuation sheets　　Subtotals (Totals of this page) >　　$1,290.79　　$1,151.37　　$139.42
attached to Schedule of Creditors Holding Priority Claims
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Attorney General<br>Main Justice Building, Room 5111<br>10th & Constitution Avenue, N.W.<br>Washington, DC 20530 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |
| ACCT #:<br>Attorney General<br>Offices of the Attorney General<br>300 W. 15th Street<br>Austin, Texas 78701 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |
| ACCT #:<br>Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX 78711 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |
| ACCT #:<br>Florida Attorney General<br>The Capitol PL-01<br>Tallahassee, Florida 32399-1050 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |
| ACCT #:<br>Florida Department of Revenue<br>5050 W. Tennessee Street<br>Tallahassee, Florida 32399 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |
| ACCT #:<br>Florida Workforce Commission<br>Agency for Workforce Innovation<br>107 E. Madison Street<br>Tallahassee, Florida 32399-4120 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |

Sheet no. __6__ of __7__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) > $0.00 $0.00 $0.00

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Internal Revenue Service<br>Austin, Texas | | DATE INCURRED: 4/5/2010<br>CONSIDERATION:<br>Form 940 and 941 Liabilities<br>REMARKS:<br>940 & 941 Liabilities<br>2000-2005 | | | | $1,265,191.71 | $53,515.86 | $1,211,675.85 |
| ACCT #:<br>Internal Revenue Service<br>Special Procedures Staff<br>Mail Code 5020-DAL<br>1100 Commerce St., Room 9B8<br>Dallas, Texas 75242 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |
| ACCT #:<br>Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 East 15th Street<br>Austin, Texas 78778 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |
| ACCT #:<br>United States Attorney<br>1100 Commerce Street<br>3rd Floor<br>Dallas, TX 75242 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |
| ACCT #:<br>United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, Texas 75242 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |

Sheet no. __7__ of __7__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >  $1,265,191.71 | $53,515.86 | $1,211,675.85

Total >  $1,279,158.53
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >  $67,343.26 | $1,211,815.27
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)