B6F (Official Form 6F) (12/07)
In re **Pawnshop Operating Company, LLC**   Case No. **11-41327-RFN-11**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Adele M Bogard<br>7370 Orangewood Lane<br>Apt. 101<br>Boca Raton, FL 33433 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Alan Potratz<br>22050 Peterhill Ct.<br>Waukesha, WI 53186 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Alex Kinkead<br>253 Glensummer Road<br>Holbrook, NY 11741 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Alice L Kleinhammer<br>210 S Wapella Ave<br>Mt Prospect, IL 60056 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Allan B & Susan B Shapiro<br>1790 Front Street<br>Unit 1<br>East Meadow, NY 11554 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Amy K Smith<br>8107 18th Street<br>Kenosha, WI 53144 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Subtotal > $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

____58____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re   Pawnshop Operating Company, LLC                    Case No.  11-41327-RFN-11
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Andrea Hankey<br>4273 Oakland Avenue<br>Fort Knox, KY  40121 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Andrew Garner<br>7201 Horseshoe Bend Trail<br>Summerfield, NC  27358 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Angelita Rosales<br>23 White Drive<br>Cedarhurst, NY  11516 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Annette Fusco<br>25 Holmes Street<br>New Haven, CT  06512 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Anthony P Broccoli<br>Attn:  Eden Solomen<br>2400 Broadway<br>Santa Monica, CA  90404 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>April Reiss<br>1456 Terrace Drive<br>Naperville, IL  60565 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___1___ of ___58___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Armin and Hanna Andress<br>557 Hillside Boulevard<br>New Hyde Park, NY  11040 | | DATE INCURRED:<br>CONSIDERATION:<br>**Bond Holder**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Arthur & Eileen Aronoff<br>11212 River View Drive<br>Potomac, MD  20854 | | DATE INCURRED:<br>CONSIDERATION:<br>**Bond Holder**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Arthur Bing<br>4881 Stonehaven Drive<br>Columbus, OH  43220 | | DATE INCURRED:<br>CONSIDERATION:<br>**Bond Holder**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Arthur J Gottesman<br>10096 Dover Carriage Lane<br>Wellington, FL  33467 | | DATE INCURRED:<br>CONSIDERATION:<br>**Bond Holder**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Arthur Nixon<br>222 Edwards Avenue<br>Sayville, NY  11782 | | DATE INCURRED:<br>CONSIDERATION:<br>**Bond Holder**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Ashton Agency, Inc.<br>4100 Metric Drive<br>Winter Park, Florida  32793 | | DATE INCURRED:<br>CONSIDERATION:<br>**Open Account**<br>REMARKS: | | | | $0.00 |

Sheet no. __2__ of __58__ continuation sheets attached to                                                    Subtotal >      $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                              Total >
                                                        (Use only on last page of the completed Schedule F.)
                                                    (Report also on Summary of Schedules and, if applicable, on the
                                                         Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>AuldridgeGriffin, CPA<br>131 S. Westmeadow, Suite 200<br>Cleburne, Texas 76033 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>Avelino Rosales<br>23 White Drive<br>Cedarhurst, NY 11516 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Balmira Arizala<br>43-23 168th Street<br>Flushing, NY 11358 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Belinda Itskowitz<br>31550 Agoura Road<br>Unit 4<br>Westlake Village, CA 91361 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Betsy McManus<br>2315 Morgan Wieland Lane<br>Lakeland, FL 33813 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Betty Burke<br>57 Penn Street<br>Lake Grove, NY 11755 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. __3__ of __58__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>BLASH<br>950 Missouri Avenue N.<br>Suite C<br>Largo, Florida 33770 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS:<br>Store 12 and 14 | | | | $0.00 |
| ACCT #: xxxxxxxxxxxx7687<br>Bright House Networks<br>Post Office Box 30765<br>Tampa, Florida 33630 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS:<br>Store 12 | | | | $0.00 |
| ACCT #:<br>Bruce & Janice Bennefeld<br>15877 Riedel Beach Rd., NW<br>Miltona, MN 56354 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Bruno Family Living Trust<br>8 Lindencrest Drive<br>Danbury, CT 06811 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #: xx6340<br>Burrell Printing Company<br>901 Highway 685<br>Pflugerville, Texas 78660 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>Camille Finno<br>1303 Hampton Park Lane<br>Melbourne, FL 32940 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. __4__ of __58__ continuation sheets attached to         Subtotal >         $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                  Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Pawnshop Operating Company, LLC**   Case No. **11-41327-RFN-11**
                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Candace A Pegoraro<br>8316 Tuckaway Shores<br>Franklin, WI 53132 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Carl & Ann Garner<br>236 Heathermoor Way<br>Simpsonville, SC 29680 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Carl & Marge Paffendorf<br>11 Crossway<br>Glen Head, NY 11545 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Carl Schottlandt<br>21 Briaroot Drive<br>Smithtown, NY 11787 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Carmen A. DeCarish<br>133 Milldale Avenue<br>Plantsville, CT 06479 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Carol Ash<br>34 Crown Lane<br>Westbury, NY 11590 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. **5** of **58** continuation sheets attached to   Subtotal >   $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Carol B Higgins<br>183 Hawkins Lane<br>Blacklick, OH 43004 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Carole Soldinger<br>34 Shoreham Drive<br>East Dix Hills, NY 11746 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Carolee M Johnson<br>35 Asmara Way<br>Easton, CT 06612 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Carolyn Oliver<br>235 Whisper Trail<br>Tyrone, GA 30290 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Caxton Taylor<br>5514 83rd Street<br>Kenosha, WI 53142 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Chandru Ramchandani<br>343 East Street<br>Wolcott, CT 06716 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. __6__ of __58__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Pawnshop Operating Company, LLC**　　　　　　Case No. **11-41327-RFN-11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Charles & Dolores Zaionc<br>2418 Johnson Road<br>Kenosha, WI 53143 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Charles and Judith Hayden<br>1175 Crossroads-Church Road<br>Huntington, TN 38344 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Charles Manning<br>8735 Camden Park Drive<br>Raleigh, NC 27613 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Charles Rogers<br>462 Massapog Ave<br>Sharon, MA 02067 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Charles W & Margaret A Hoyt<br>3805 Friendly Acres Drive<br>Southport, CT 06890 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Charles W Hoyt<br>2386 Mill Plain Road<br>Fairfield, CT 06824 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |

Sheet no. __7__ of __58__ continuation sheets attached to　　　　　　　　　　　Subtotal >　　$0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
　　　　　　　　　　　　　　(Use only on last page of the completed Schedule F.)
　　　　　　　　　(Report also on Summary of Schedules and, if applicable, on the
　　　　　　　　　　Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Pawnshop Operating Company, LLC**  Case No. **11-41327-RFN-11**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Charlotte M Engelhard<br>894 Nichols Avenue<br>Stratford, CT 06614 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Chris Sommaruga<br>385 Moriches Road<br>St. James, NY 11780 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Christine Kinkead<br>253 Glensummer Road<br>Holbrook, NY 11741 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>Christopher & Jennifer Pollina<br>30 Sturrock Way<br>East Setauket, NY 11733 | | DATE INCURRED:<br>CONSIDERATION:<br>Bond Holder<br>REMARKS: | X | X | X | $0.00 |
| ACCT #: 3381<br>Cintas Fire Protection<br>Post Office Box 636525<br>Cincinnati, Ohio 45236 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS:<br>Store 12 | | | | $0.00 |
| ACCT #: xxxxx-x0640<br>City of Dunedin<br>Utility Billing Dept.<br>Post Office Box 2039<br>Dunedin, Florida 34697 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS:<br>Store 14 | | | | $0.00 |

Sheet no. __8__ of __58__ continuation sheets attached to  Subtotal >  $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: xxxxx-x0642<br>City of Dunedin<br>Utility Billing Dept.<br>Post Office Box 2039<br>Dunedin, Florida 34697 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS:<br>Store 14 | | | | $0.00 |
| ACCT #: xxxxx-x0918<br>City of Dunedin<br>Utility Billing Dept.<br>Post Office Box 2039<br>Dunedin, Florida 34697 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS:<br>Store 14 | | | | $0.00 |
| ACCT #: xxxxxxxx0900<br>City of Pinellas Park<br>Post Office Box 1337<br>Pinellas Park, Florida 33780 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS: | | | | $0.00 |
| ACCT #: xxxxxxxx0900<br>City of Pinellas Park<br>Post Office Box 1337<br>Pinellas Park, Florida 33780 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS:<br>Store 11 | | | | $0.00 |
| ACCT #: xx2231<br>City of Pinellas Park<br>Building Development Division<br>Post Office Box 1100<br>Pinellas Park, Florida 33780 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS:<br>Store 11 | | | | $0.00 |
| ACCT #: xxxxxxxx8361<br>City of St. Petersburg<br>Post Office Box 33034<br>St. Petersburg, Florida 33733 | | DATE INCURRED:<br>CONSIDERATION:<br>Open Account<br>REMARKS:<br>Store 12 | | | | $163.32 |

Sheet no. __9__ of __58__ continuation sheets attached to                                      Subtotal >   $163.32
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                    Total >
                          (Use only on last page of the completed Schedule F.)
                   (Report also on Summary of Schedules and, if applicable, on the
                       Statistical Summary of Certain Liabilities and Related Data.)